UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DeANGELO STEPHENS,

                Petitioner,

   -v-                              5:06-CR-302
                                  5:08-CV-882
UNITED STATES OF AMERICA,

                Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

DeANGELO STEPHENS
14051-067
FCI - Gilmer
PO Box 6000
Glenville, WV 26351

HON. ANDREW T. BAXTER, ESQ.        RICHARD R. SOUTHWICK, ESQ.
United States Attorney                       Asst. United States Attorney
     Northern District of New York
100 South Clinton Street
P.O. Box 7198
Syracuse, New York  13261

DAVID N. HURD
United States District Judge

## O R D E R

Petitioner DeAngelo Stephens brought suit pursuant to 28 U.S.C. § 2255 seeking to vacate his sentence for kidnaping and possession of a firearm in relation to a crime of violence.  The petition was denied by Order of June 1, 2009.  There was no basis to vacate petitioner's sentence of 171 months, since he entered into a plea agreement under which he waived his right to appeal or collaterally attack any sentence less than 240 months.

Petitioner has not made a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2), a prerequisite to issuance of a certificate of appealability.

Based upon the foregoing, it is

ORDERED that a Certificate of Appealability will not be issued in this matter.

IT IS SO ORDERED.

_____
United States District Judge

Dated: October 21, 2009
       Utica, New York.